IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARLYNE DESIR,**

    **Plaintiff,**

    v.                                CASE NO. 8:24-cv-02651-SDM-NHA

**ANDREU, PALMA, LAVIN &
SOLIS, PLLC, ALAN JEFFEREY
MILLER and JEREMIAH
ESQUIG,**

    **Defendants.**
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF
UNDISPUTED MATERIAL FACTS AND DEFENDENTS' STATEMENT OF
MATERIAL FACTS**

Defendants Andreu, Palma, Lavin & Solis, PLLC ("APLS"), Alan Jeffrey Miller ("Attorney Miller"), and Jeremiah Esquig ("Attorney Esquig") provide the following response to Plaintiff's Statement of Undisputed Material Facts [ECF No. 28, Pgs. 2 – 4] and provide their Statement of Material Facts in Support of their Response in Opposition to Plaintiff's Motion for Summary Judgment as follows:

**DEFENDANTS RESPONSE TO PLAINTIFF'S STATEMENT OF
UNDISPUTED MATERIAL FACTS**

1. Denied.

2. Admitted in part, denied in part. Defendants admit APLS sent Plaintiff a validation notice concerning a Bank of America, N.A. ("BOA") credit card account

issued to Plaintiff, account number ending -5213, via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579, as required by 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. *Affidavit of Andreu, Palma, Lavin & Solis, PLLC*, ¶ 5.  Defendants deny all remaining allegations.

3. Admitted in part, denied in Part.  Defendants admit APLS a validation notice concerning a BOA credit card account issued to Plaintiff, account number ending -7247, via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579, as required by 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. *Affidavit of Andreu, Palma, Lavin & Solis, PLLC*, ¶ 6. Defendants deny all remaining allegations.

4. Denied.

5. Denied.

6. Denied.

7. Admitted in part, denied in part.  Defendants admit APLS, as counsel for BOA, filed a lawsuit against Plaintiff seeking to collect BOA account number ending -5213 in the County Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, in the matter styled as *Bank of America, N.A. v. Carlyne Desir*, and docketed to Case No. 2024-CC-015302 on or about March 20, 2024.  *Affidavit of Andreu, Palma, Lavin & Solis, PLLC*, ¶ 12.  Defendants admit Jeremiah Esquig, Esq. signed the Complaint. *Id.* at ¶ 13.  Defendants deny all remaining allegations.

8. Admitted in part, denied in part. Defendants admit APLS, as counsel for BOA, filed a lawsuit against Plaintiff seeking to collect BOA account number ending -7247 in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, in the matter styled as *Bank of America, N.A. v. Carlyne Desir*, and docketed to Case No. 2024-CA-002395 on or about March 21, 2024. *Affidavit of Andreu, Palma, Lavin & Solis, PLLC*, ¶ 14. Defendants admit Alan Miller, Esq. signed the Complaint. *Id.* at ¶ 15. Defendants deny all remaining allegations.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Admitted in part, denied in part. Defendants admit the state court litigation matters APLS filed, as counsel for BOA, against Plaintiff remain pending and the Plaintiff has sought a dismissal. Defendants deny all remaining allegations.

15. Admitted in part, denied in part. Defendants admit that they do not have any contract with Plaintiff. Defendants deny all remaining allegations.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

## DEFENDANTS STATEMENT OF MATERIAL FACTS

1. Plaintiff opened, used, and eventually defaulted on two credit card accounts that Bank of America, N.A. ("BOA") issued to Plaintiff. *See* Ex. 1 and 2, Affidavits of Bank of America, N.A.

2. The first account was opened on August 19, 2020, with a current account number ending in -5213 ("Account -5213"). Ex. 1, Affidavit of Bank of America, N.A, ¶ 5.

3. Account -5213 was charged off on September 26, 2023, with a balance of $22,660.03. *Id.*

4. The second account was opened on July 18, 2019, with a current account number ending in -7247 ("Account -7247"). Ex. 2, Affidavit of Bank of America, N.A., ¶ 5.

5. Account -7247 was charged off on September 26, 2023, with a balance of $81,129.64. *Id.*

6. BOA retained APLS to pursue collection of Account -5213 and Account -7247 on its behalf. Ex. 3, Affidavit of Andreu, Palma, Lavin, & Solis, PLLC, ¶ 4.

7. On or about September 17, 2023, APLS sent Plaintiff a validation notice concerning Account -5213 via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579, as required by 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. *Id.* at ¶ 5.

8. On or about October 17, 2023, APLS sent Plaintiff a validation notice concerning Account -7247 via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579, as required by 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. *Id.* at ¶ 6.

9. Plaintiff sent written correspondence to APLS on November 7, 2023, disputing Account -5213 and Account -7247 and requesting APLS cease communications with her concerning these accounts. *Id.* at ¶ 7.

10. On or about November 17, 2023, APLS provided written validation of Account -5213 to Plaintiff via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579. *Id.* at ¶ 8.

11. APLS ceased communications with Plaintiff concerning Account -5213 following receipt of Plaintiff's cease request of November 7, 2023. *Id.* at ¶ 9.

12. On or about November 17, 2023, APLS provided written validation of Account -7247 to Plaintiff via U.S. mail to Plaintiff's home address, 12935 Willow Grove Drive, Riverview, Florida 33579. *Id.* at ¶ 10.

13. APLS ceased communications with Plaintiff concerning Account -7247 following receipt of Plaintiff's cease request of November 7, 2023. *Id.* at ¶ 11.

14. On or about March 20, 2024, APLS, as counsel for BOA, filed a lawsuit against Plaintiff seeking to collect Account -5213 in the County Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, in the matter styled as *Bank of America, N.A. v. Carlyne Desir*, and docketed to Case No. 2024-CC-015302. *Id.* at ¶ 12.

15. The Complaint was signed by Attorney Esquig who is a Florida licensed attorney employed by APLS. *Id.* at ¶ 13.

16. On or about March 21, 2024, APLS, as counsel for BOA, filed a lawsuit against Plaintiff seeking to collect Account -7247 in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, in the matter styled as *Bank of America, N.A. v. Carlyne Desir*, and docketed to Case No. 2024-CA-002395. *Id.* at ¶ 14.

17. The Complaint was signed by Attorney Miller who is a Florida licensed attorney and was employed by APLS at the time he signed the Complaint. *Id.* at ¶ 15.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE

FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN B. WALSH, ESQUIRE
FL Bar No. 28179
1200 Riverplace Blvd.
Suite 105, #1558
Jacksonville, FL 32207
☏ (904) 901-6369
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ mwalsh@messerstrickler.com
*Counsel for Defendants*

Dated: June 30, 2025

## CERTIFICATE OF SERVICE

I certify that on June 30, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees II*
      LAUREN M. BURNETTE, ESQUIRE
      FL Bar No. 0120079

        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        MAUREEN B. WALSH, ESQUIRE
        FL Bar No. 28179
        1200 Riverplace Blvd.
        Suite 105, #1558
        Jacksonville, FL 32207
        ☎ (904) 901-6369
        🖷 (904) 298-8350 (fax)
        ✉ lburnette@messerstrickler.com
        ✉ jmarees@messerstrickler.com
        ✉ mwalsh@messerstrickler.com
        *Counsel for Defendants*

Dated: June 30, 2025